UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| PACIFIC SURVEY GROUP, LLC a Washington Limited Liability Company,<br><br>   Plaintiff,<br><br> v.<br><br>TYCHE HIGH SEAS CAPITAL CORP., a Florida Corporation; *in personam* CERTAIN DATA COLLECTED DURING CHARTER PARTY; *in rem*.<br><br>   Defendant. | IN ADMIRALTY<br><br>NO. 2:21-cv-01712<br><br>PRAECIPE |

TO: THE COURT OF THE COURT

 Please do not have the U.S. Marshal arrest the vessel Certain Data Collected During Charter Party at this time, but please hold the issuance of process in abeyance pursuant to LAR 110(b).

PRAECIPE - 1
2:21-cv-01712

ATTORNEYS AT LAW
**BAUER MOYNIHAN & JOHNSON LLP**
2101 FOURTH AVENUE - SUITE 2400
SEATTLE, WASHINGTON  98121-2320
(206) 443-3400

1      Dated this 30th day of December, 20<u>21</u>.

2                               BAUER MOYNIHAN & JOHNSON LLP

3

4                               <u>/s/ Donald K. McLean</u>
                               Donald K. McLean, WSBA No. 24158

5                                Attorneys for Plaintiff
                               PACIFIC SURVEY GROUP, LLC

6                                Bauer Moynihan & Johnson LLP
                               2101 Fourth Avenue, Suite 2400

7                                Seattle, WA  98121
                               Telephone: (206) 443-3400

8                                Fax: (206) 448-9076
                               E-mail: dkmclean@bmjlaw.com

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

PRAECIPE - 2
2:21-cv-01712