UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| PACIFIC SURVEY GROUP LLC,<br><br>                Plaintiff,<br><br>    v.<br><br>TYCHE HIGH SEAS CAPITAL CORP, *et al.*,<br><br>                Defendants. | Case No. C21-1712-JLR-MLP<br><br>MINUTE ORDER |

The following Minute Order is made at the direction of the Court, the Hon. Michelle L. Peterson, United States Magistrate Judge:

The parties submitted a proposed stipulated protective order. (Dkt. # 23.) Local Civil Rule 26(c)(2) requires that parties departing from this district's model protective order provide the Court with a redlined version identifying departures from the model. No redlined version has been provided. The Court will consider the stipulated motion after the redlined version has been provided via email.

//

//

//

MINUTE ORDER - 1

Dated this 13th day of October, 2022.

                                Ravi Subramanian
                                Clerk of Court

                       By: Tim Farrell
                                Deputy Clerk

MINUTE ORDER - 2