UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| PACIFIC SURVEY GROUP, LLC,<br><br>Plaintiff /<br>Counter-Defendant,<br><br>v.<br><br>TYCHE HIGH SEAS CAPITAL CORP., et al.,<br><br>Defendants /<br>Counter-Claimants. | CASE NO. C21-1712JLR<br><br>MINUTE ORDER |

The following minute order is made by the direction of the court, the Honorable James L. Robart:

Before the court is Plaintiff / Counter-Defendant Pacific Survey Group, LLC's ("PSG") notice and motion to renew its motion for summary judgment. (Not. (Dkt. # 39).) On May 1, 2023, the court issued an order (1) granting Defendant / Counter-Claimant Tyche High Seas Capital Corp.'s ("Tyche") request, pursuant to

MINUTE ORDER - 1

Federal Rule of Civil Procedure 56(d), to defer ruling on PSG's motion for summary judgment pending the completion of four depositions and (2) denying PSG's motion for summary judgment without prejudice to PSG renewing it after the 45-day period for Tyche to complete the depositions elapsed. (5/1/23 Order (Dkt. # 38); *see also* MSJ (Dkt. # 32); MSJ Resp. (Dkt. # 34).) The 45-day period specified in the court's May 1, 2023 order expired on June 15, 2023, and Tyche has not requested additional time to complete the four depositions it requested in its opposition to PSG's motion. (*See generally* Dkt.) PSG now seeks to renew its original motion for summary judgment and asks the court to note that motion for July 14, 2023. (Not.)

The court GRANTS PSG's request to renew its motion for summary judgment (Dkt. # 39). The court DIRECTS the Clerk to return PSG's motion for summary judgment (Dkt. # 32) to the court's motion calendar and to re-note the motion for July 14, 2023. Tyche may file a responsive brief, and PSG may file a reply, in accordance with the briefing schedule set forth in Local Rules W.D. Wash. LCR 7(d)(3).

Filed and entered this 22nd day of June, 2023.

RAVI SUBRAMANIAN
Clerk of Court

s/ Ashleigh Drecktrah
Deputy Clerk

MINUTE ORDER - 2